STATE OF NEW JERSEY v. ROBERT LEE WALLACE.

January 18, 1973. Petition for certification denied.

ARTHUR BALIAN v. GENERAL MOTORS.

January 18, 1973. Petition for certification denied. (See 121 *N. J. Super.* 118)

STATE OF NEW JERSEY v. CATHERINE BECK.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. FREEMAN PALMER.

January 18, 1973. Petition for certification denied.

JACK COHEN v. FRANK MONGIARDO.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE J. THOMPSON.

January 18, 1973. Petition for certification denied.